DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Allen<br><br>Case Below:<br>175 N.C. App. 247 | No. 033P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-53) | Denied (03/02/06) |
| State v. Artis<br><br>Case Below:<br>174 N.C. App. 668 | No. 017P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-269) | Denied (03/02/06) |
| State v. Blyther<br><br>Case Below:<br>175 N.C. App. 226 | No. 030P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-549) | Denied (03/02/06) |
| State v. Bradley<br><br>Case Below:<br>175 N.C. App. 234 | No. 021P06 | 1. AG's Motion for Temporary Stay (COA05-410)<br><br>2. AG's Petition for Writ of Supersedeas<br><br>3. AG's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **01/13/06** 360 N.C. 291 Stay Dissolved **(03/02/06)**<br><br>2. Denied (03/02/06)<br><br>3. Denied (03/02/06) |
| State v. Brisbon<br><br>Case Below:<br>175 N.C. App. 247 | No. 038P06 | 1. Def's NOA Based Upon A Constitutional Question (COA05-320)<br><br>2. AG's Motion To Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed (03/02/06)<br><br>3. Denied (03/02/06) |
| State v. Buckman<br><br>Case Below:<br>165 N.C. App. 706 | No. 472P04 | Def's Motion for Relief (COA03-859) | Dismissed (03/02/06) |
| State v. Crow<br><br>Case Below:<br>175 N.C. App. 119 | No. 045P06 | Def's Motion for Temporary Stay (COA05-253) | Denied 02/10/06 |
| State v. Derbeck<br><br>Case Below:<br>174 N.C. App. 626 | No. 704A05 | 1. Def's NOA Under N.C.G.S. § 7A-30 (COA05-59)<br><br>2. AG's Motion to Dismiss Appeal | 1. ——<br><br>2. Allowed (03/02/06) |
| State v. Finney<br><br>Case Below:<br>175 N.C. App. 795 | No. 093P06 | AG's Motion for Temporary Stay (COA05-850) | Allowed 02/23/06 |